**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1255**

LAWRENCE VERLINE WILDER, SR.,

        Plaintiff - Appellant,

    v.

WILMINGTON NORTH CAROLINA POLICE DEPARTMENT; CHIEF RALPH EVANGELOUS, Wilmington North Carolina Police Department; WANDA COPLEY, County Attorney; BENJAMIN DAVID, District County Office; UNKNOWN, Wilmington North Carolina Police Officer,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington. Terrence W. Boyle, District Judge. (7:09-cv-00036-BO)

Submitted: July 21, 2016          Decided: July 25, 2016

Before SHEDD, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lawrence Verline Wilder, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lawrence Verline Wilder, Sr., appeals the district court's order denying his Fed. R. Civ. P. 60(b) motion. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Wilder v. Wilmington N.C. Police Dep't, No. 7:09-cv-00036-BO (E.D.N.C. Feb. 22, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED